**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1910**

_____

MELODIE SHULER,

                    Plaintiff - Appellant,

          v.

TOWER LEGAL STAFFING, INC.,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:12-cv-01684-CCB)

_____

Submitted:  January 31, 2014          Decided:  March 6, 2014

_____

Before NIEMEYER, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Melodie Shuler, Appellant Pro Se.  Gil A. Abramson, Eileen Carr
Riley, JACKSON LEWIS PC, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In Melodie Shuler's civil action arising out of the termination of her employment, Shuler appeals the district court's order granting Defendant's motion to dismiss and for summary judgment, denying Shuler's motion to amend her complaint, and granting Defendant's motion to strike. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court.[*] <u>Shuler v. Tower Legal Staffing, Inc.</u>, No. 1:12-cv-01684-CCB (D. Md. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We also find no error in the district court's order granting Shuler's motion for extension of the discovery deadline.

2